IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAILLIARD L. KING,

      Plaintiff,                    No. CIV S-09-2723 KJM P

  vs.

J.W. HAVILAND, Warden, et al.,

      Defendants.         ORDER

_____/

       Plaintiff has requested that this action be dismissed without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's request that this action be dismissed is granted;

       2. This case is dismissed without prejudice.

DATED: July 15, 2010.

                                            U.S. MAGISTRATE JUDGE

1
king2723.dis